IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA      01 AUG 14 PM 3: 57
JASPER DIVISION

HERBERT WAYNE FAULKNER,           )
                                  )
            Plaintiff,            )
                                  )
vs.                               )      CV 01-AR-0981-J
                                  )
WARDEN J. C. GILES, et al.,       )
                                  )
            Defendants.           )

ENTERED
AUG 14 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 17, 2001, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for

failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and

recommendation on August 3, 2001. Plaintiff argues that his case should be stayed pending the

outcome of his habeas petition and cites several cases for that proposition. However, the Supreme

Court case upon which the magistrate judge relied in recommending the dismissal of his case was

decided after the cases cited by plaintiff and is controlling in this matter.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation and the objections thereto, the Court is of the opinion that

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed  pursuant to 28 U.S.C. §

1915A(b)for failing to state a claim for which relief can be granted. A Final Judgment will be

entered.



DATED this _14ᵗʰ_ day of _August_, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE